1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DENNIS WAYNE MIZE, SR.,                    No.  2:14-cv-1558 MCE CKD P

12              Plaintiff,

13        v.                                     ORDER AND

14   JEFFREY BEARD, et al.,                      FINDINGS AND RECOMMENDATIONS

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed

18   pursuant to 42 U.S.C. § 1983.  Before the court for screening is plaintiff's second amended

19   complaint.  See 28 U.S.C. § 1915A(a).  After conducting the required screening, the court finds

20   that plaintiff states viable claims arising under the Eighth Amendment against defendants Tseng,

21   Akintola and Smith to the extent plaintiff alleges they did not provide plaintiff with adequate pain

22   medication.  As to the other defendants, plaintiff fails to allege sufficient facts which amount to a

23   claim upon which relief can be granted.  Accordingly, the court will order that defendants Tseng,

24   Akintola and Smith be served with process and recommend that all other defendants be

25   dismissed.

26   /////

27   /////

28   /////

                                                1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Tseng, Akintola and Smith.

2. The Clerk of the Court shall send plaintiff 3 USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed April 10, 2015.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Four copies of the endorsed second amended complaint filed April 10, 2015.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS HEREBY RECOMMENDED that all defendants other than defendants Tseng, Akintola and Smith be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 27, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mize1558.1

2

1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DENNIS WAYNE MIZE, SR.,                    No. 2:14-cv-1558 MCE CKD P

12                  Plaintiff,

13        v.                                    NOTICE OF SUBMISSION OF
                                                DOCUMENTS
14   JEFFREY BEARD, et al.,

15                  Defendants.

16

17        Plaintiff hereby submits the following documents in compliance with the court's order

18   filed _____ :

19        ____      completed summons form

20        ____      completed USM-285 forms

21        ____      copies of the _____

22                          Second Amended Complaint

23   DATED:

24

25

26

27                                     _____

28                                          Plaintiff

                                            3