1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DENNIS WAYNE MIZE, SR.,                  No. 2:14-cv-1558 MCE CKD P

12              Plaintiff,

13        v.                                  ORDER

14   JEFFREY BEARD, et al.,

15              Defendants.

16

17        Plaintiff is a California prisoner proceeding pro se with an action for violation of his civil

18  rights under 42 U.S.C. § 1983. Plaintiff seeks leave to file a third amended complaint. Plaintiff

19  indicates he wants to add claims against two additional defendants: Saipher and Horowitz.

20        The court has reviewed the proposed third amended complaint pursuant to the court's

21  obligation to screen pleadings filed by prisoners. See 28 U.S.C. § 1915A(a). The court finds that

22  the third amended complaint it is too long in violation of Rule 8 of the Federal Rules of Civil

23  Procedure which requires that pleadings be "concise and direct." The body of plaintiff's second

24  amended complaint is already too long at 35 pages. The body of the third amended complaint is

25  62 pages despite plaintiff's insistence that the purpose of plaintiff's third amended complaint is to

26  add defendants whose actions "mirror" the actions of the other defendants. Much of the

27  information provided in the third amended complaint is irrelevant or marginally relevant

28  background information.

1 | Also, plaintiff's claims against Saipher and Horowitz are more properly brought in a separate action. It appears plaintiff's claims against Saipher and Horowitz are based upon events which occurred after this action was commenced. While the claims against Saipher and Horowitz concern the denial of medical care as do plaintiff's claims against the current defendants, the claims are not otherwise materially related. If plaintiff's claims against Saipher and Horowitz were to proceed to trial, the evidence presented would be mostly different than the evidence presented with respect to the current defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to file a third amended complaint (ECF No. 22) is denied without prejudice to plaintiff initiating a new action against defendants Saipher and Horowitz; and

2. Plaintiff's third amended complaint (ECF No. 23) is stricken.

Dated: March 14, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/md;
mize1558.lta