1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  DENNIS WAYNE MIZE, SR.,                    No. 2:14-cv-1558 MCE CKD P
12       Plaintiff,
13    v.                                       ORDER
14  JEFFREY BEARD, et al.,
15       Defendants.
16
17       Plaintiff has requested the appointment of counsel. The United States Supreme Court has
18 ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983
19 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional
20 circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. §
21 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900
22 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required
23 exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be
24 denied.
25 /////
26 /////
27 /////
28 /////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of
2 | counsel (ECF No. 36) is denied.
3 | Dated: April 11, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

mize1558.31