UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS WAYNE MIZE, SR., | No. 2:14-cv-1558 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY BEARD, et al. | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On April 6, 2016, plaintiff filed a motion for preliminary injunction. Defendants have not responded to the motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file a response to plaintiff's motion for a preliminary injunction within 21 days. Defendants may limit their response to plaintiff's request that the court order defendant Smith to provide plaintiff with adequate pain medication.

/////
/////
/////
/////
/////

1

1   2. Plaintiff may file a reply to defendants' response within 21 days of service of the
response.

Dated: June 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mize1558.pi